1 | Cliff Palefsky (State Bar No. 77863)
Keith Ehrman (State Bar No. 106985)
2 | McGUINN, HILLSMAN & PALEFSKY
535 Pacific Avenue, Suite 100
3 | San Francisco, California 94133
Telephone: (415) 421-9292
4 | cp@mhpsf.com
keith@mhpsf.com

William Reilly (State Bar No. 177550)
LAW OFFICE OF WILLIAM REILLY
86 Molino Ave.
Mill Valley, CA 94941
(415) 225-6215
bill@williambreilly.com

*Attorneys for Plaintiff*
LOUIS LOMBARDO

Sharon B. Bauman (Bar No. CA 179312)
Christian E. Baker (Bar No. 247006)
MANATT, PHELPS & PHILLIPS LLP
One Embarcadero Center, 30th Floor
San Francisco, CA 94111
Telephone: (415) 291-7400
Facsimile: (415) 291-7474

*Attorneys for Defendants*
CALIFORNIA PHYSICIANS' SERVICE D/B/A/ BLUE SHIELD OF CALIFORNIA; and BLUE SHIELD OF CALIFORNIA EXECUTIVE VICE PRESIDENTS' AND SENIOR VICE PRESIDENTS' SEVERANCE PAY PLAN

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| LOUIS LOMBARDO,<br><br>Plaintiff,<br><br>vs.<br><br>BLUE SHIELD OF CALIFORNIA, a corporation, and BLUE SHIELD OF CALIFORNIA EXECUTIVE VICE PRESIDENTS AND SENIOR VICE PRESIDENTS SEVERANCE PAY PLAN, an employee benefit plan,<br><br>Defendants | Case No.: 16-CV-5411<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff Louis Lombardo and Defendants California Physicians' Service D/B/A/ Blue Shield of California; and Blue Shield of California Executive Vice Presidents' and Senior Vice Presidents' Severance Pay Plan hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

Dated: March 13, 2018

McGUINN, HILLSMAN & PALEFSKY
*Attorneys for Plaintiff*
Louis Lombardo

By: /s/ Cliff Palefsky
Cliff Palefsky

Dated: March 13, 2018

MANATT, PHELPS & PHILLIPS, LLP
*Attorneys for Defendants*
CALIFORNIA PHYSICIANS'S SERVICE D/B/A BLUE SHIELD OF CALIFORNIA, and BLUE SHIELD OF CALIFORNIA EXECUTIVE VICE PRESIDENTS' AND SENIOR VICE PRESIDENTS' SEVERANCE PAY PLAN

By: /s/ Christian E. Baker
Christian E. Baker

IT IS SO ORDERED.

Dated: March 15, 2018

By: Richard Seeborg
United States District Judge

McGuinn, Hillsman & Palefsky
535 Pacific Avenue
San Francisco, CA 94133
(415) 421-9292